UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22114-CIV-KING

MICHAEL TELEMAQUE,

    Plaintiff,

v.

ALBERTO GONZALES, et al.,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION REQUESTING HELP AND MOTION OF MANDATORY INJUNCTION AND DECLARATORY RELIEF

THIS CAUSE comes before this Court upon Plaintiff's Motion Requesting Help, (D.E. #21), and Motion of Mandatory Injunction and Declaratory Relief (D.E. #22), both filed June 2, 2009.

After a thorough review of the record, the Court concludes that the instant Motions should be denied. The above-styled case was closed on October 30, 2007, (D.E. #15), and the Plaintiff is now asking this Court for assistance in an unrelated matter. Therefore, the proper action through which to present this new request for help is a separately-filed civil action.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion Requesting Help, **(D.E. #21)**, and Motion of Mandatory Injunction and Declaratory Relief **(D.E. #22)** be, and the same are hereby, **DENIED without prejudice**

to his refiling of this request through a separately-filed civil action and a new case number.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United State Courthouse, Miami, Florida, this 4th day of June, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

*Counsel for the Government*

**Carole M. Fernandez**
United States Attorney's Office
Federal Justice Building
99 NE 4th Street
Miami, FL 33132

**Michael Telemaque**
Reg. No. 52332-004
F.C.I Yazoo
P. O. Box 5666
Yazoo City, MS 39194